**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YURLEIDY MARCELA JIMENEZ JAIMES #A220-728-477** | **CASE NO. 6:26-CV-00155 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE August 31, 2026.

Daniel J. McCoy
Clerk of Court